IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:04cr54(6) |
| | : | |
| v. | : | (Judge Jones) |
| | : | |
| RICHARD A. KIRBY | : | |
| | : | |
| Defendant | : | |

## ORDER

July 18, 2005

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On this date, a Presentence Conference was held in our chambers. Prior to the conference, the Defendant raised several Objections to the Presentence Report. At the conference, counsel for the Defendant agreed to provide the Court with a letter addressing his unresolved Objections.

## THEREFORE, IT IS HEREBY ORDERED THAT:

1. Counsel for the Defendant shall file a letter in support of his Objections to ¶¶ 28 and 29 of the Presentence Report within thirty (30) days of the date of this Order. Said letter shall include any documentary evidence in support of the objections. If the Court does

1

not receive the letter within thirty (30) days of the date of this Order, we shall deem the objections withdrawn.

2. Counsel for the United States shall submit a letter in opposition within thirty (30) days of receipt of the Defendant's letter.

3. Counsel for the Defendant may submit a sentencing memorandum up to twenty (20) days prior to sentencing. Counsel for the United States may submit a responsive sentencing memorandum up to ten (10) days prior to sentencing.

4. Sentencing in this matter will be scheduled for October 25, 2005 at 2:30 p.m. in Courtroom #2 in Williamsport, PA.

_____
John E. Jones III
United States District Judge